United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 20, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-21022
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TRAVIS TILLIS,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-817-ALL
---------------------

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Travis Tillis appeals his conviction following a guilty plea

for being a felon in possession of a firearm, in violation of 18

U.S.C. §§ 922(g)(1), 924(a)(2).  Tillis argues that 18 U.S.C.

§ 922(g)(1) is an unconstitutional exercise of Congress's

Commerce Clause power because the regulated activity does not

substantially affect interstate commerce.  Alternatively, he

argues that his indictment was defective for failing to allege

that his specific offense substantially affected interstate

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

commerce and that the factual basis for his plea was insufficient because the evidence established only that the firearm had traveled across state lines at some unspecified point in the past.

Tillis raises his arguments solely to preserve them for possible Supreme Court review.  As he acknowledges, his arguments are foreclosed by Fifth Circuit precedent.  See United States v. Daugherty, 264 F.3d 513, 518 (5th Cir. 2001), cert. denied, 534 U.S. 1150 (2002); United States v. Gresham, 118 F.3d 258, 264-65 (5th Cir. 1997); United States v. Fitzhugh, 984 F.2d 143, 145-46 (5th Cir. 1993).

AFFIRMED.